AO 240A (Rev. 08/23) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT

for the

District of

| | | |
|---|---|---|
| CHAD GRIFFITH<br>*Plaintiff*<br>v.<br>CIOX HEALTH<br>*Defendant* | ) ) ) ) ) | Civil Action No. 3:23-cv-20513 (GC)(DEA |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

[X] Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

[ ] Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

[ ] Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

[ ] Denied:

This application is denied for these reasons:

Date: 7/23/24

Georgette Castner
*Judge's signature*

Hon. Georgette Castner, U.S.D.J.
*Printed name and title*