September 12th, 2025

Honorable Georgette Castner
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re: Griffith v. CIOX Health; Case No.: 3:23-cv-20513

Dear Judge Castner:

I apologize for the significant delay to the Court. It takes much longer to accomplish tasks since these events occurred - Datavant received Griffith's Disability Determination in 2022, as shown in Griffith's complaint. The validity and impact of Griffith's disability is not dependent on whether the Defense accepts it as true.

Prior to the meeting on August 21st, 2025, Mr. Zawodzinski prepared the Joint Proposed Settlement Plan, creating his timeline for preparing additional testimony and evidence to be used in this case. During the phone call, Mr. Zawodzinski failed to answer where he received "$200,000,000.00" as a settlement amount; I asked Mr. Zawodzinski to reference the Memorandum of Law (Docket #13) with me where he observed "$1,980,000,000.00". When I asked Mr. Zawodzinski who prepared the Memorandum of Law, Mr. Zawodzinski stated that he was directly responsible. Mr. Zawodzinski also prepared the Answer (Docket #28) used as direct response to the Complaint.

Of the many changes Mr. Zawodzinski failed to make by his follow-up email on August 25th, 2025, one of which was a specific "stratospheric" amount, reviewed together on August 21st, 2025, using the document he created. By the time Mr. Zawodzinski filed the Joint Proposed Discovery Plan with the Court, he knew of Griffith's changes and did not make any of them.

I asked Mr. Zawodzinski not to demonstrate “disrespect, condescension, and”/or “false magnanimity” to me and he authored the claims against me, stated the Conference was to “help me”, and his letter to the Court was written specifically in the way it was (Docket #30). I am now very familiar with his work and ask for the termination of Docket # 30.

Due to my own scheduling/presence issues, I ask for a continuance and rescheduling of the Conference for October 13th, 2025. This gives Mr. Zawodzinski an opportunity to review and make the requisite changes to the Joint Discovery Plan, ask me what changes should be made if he is unsure, and be in Court on that date.

Lastly, I ask for this case to be amended to Griffith v Datavant.

Respectfully,

Griffith