**James J. Zawodzinski, Jr.**
Senior Associate
Direct Dial: 716.848.1595
*JZawodzi@hodgsonruss.com*

February 12, 2026

**Via CM/ECF Only**

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Dear Judge Quinn:

**Re: *Chad Griffith v. Ciox Health***
**Case No.: 3:23-cv-20513**

Defendant Ciox Health submits this letter pursuant to the Court's directive during the parties' February 9, 2026 status conference. Defendant Ciox Health has reviewed the Omnibus Motion of Plaintiff Chad Griffith (ECF No. 44) and respectfully requests that the Court permit Ciox Health until Friday, March 6, 2026 to oppose Mr. Griffith's Omnibus Motion.

We thank the Court for its consideration of Ciox Health's request.

Respectfully submitted,

James J. Zawodzinski, Jr.

JZ/

cc: Chad Griffith (*by CM/ECF only*)