**Zawodzinski, Jr., James J.**

**From:** Chad G <chadgriffith87@gmail.com>
**Sent:** Thursday, February 19, 2026 12:40 PM
**To:** Zawodzinski, Jr., James J.
**Cc:** Galvin, Jodyann; Alex Sterling
**Subject:** Re: Griffith v. Ciox - Request for Confirmation

**External Email - Use Caution**

James:

Datavant owned my abuse affidavit since 2021. You, in possession of this document, filed court documents to inform the Court that you would need until 2027 to produce/fabricate/forge/create evidence specifically to dismiss my claims.

You informed the Court that you planned to use federal evidence (EEOC Charges) to bolster your legal strategy: present products of fraud to the Court, Honorable Judge Castner, and Honorable Judge Quinn.

Your presented witness are established coconspirators in the ongoing conspiracy regarding my work history and the “Virginia cases” terrorist attack against me.

You are a fool and a criminal; I will not entertain you further. I am doing what I must.

Regards,
Chad

On Thu, Feb 19, 2026 at 9:24 AM Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com> wrote:

> Mr. Griffith,
>
> Given your response below, Datavant will write to the Court this afternoon requesting a conference to discuss the pending motions.
>
> Regards,
>
> **James J. Zawodzinski, Jr.**
> he/him/his

Senior Associate
Hodgson Russ LLP

Tel: 716.848.1595
Mobile: 716.868.7724
Fax: 716.819.4765

LinkedIn | website | Bio | e-mail | vCard

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

New York City | 605 Third Avenue, Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map

Palm Beach | 440 Royal Palm Way, Suite 202 | Palm Beach, FL 33480
Tel: 561.656.8608 | map

---

**From:** Chad G <chadgriffith87@gmail.com>
**Sent:** Wednesday, February 18, 2026 5:18 PM
**To:** Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com>
**Cc:** Galvin, Jodyann <JGalvin@hodgsonruss.com>; Alex Sterling <alexsterling1015@gmail.com>
**Subject:** Re: Griffith v. Ciox - Request for Confirmation

**External Email - Use Caution**

---

Good evening:

Your request for extension is an indication that Datavant plans to continue arguing this matter, **THROUGH Friday, March 27, 2026 AND BEYOND,** based on what it knows and its ability to afford your defense.

Your request for extension is an indication that Hodgson Russ plans to continue with its fraud upon the court, **THROUGH Friday, March 27, 2026 AND BEYOND,** based on Datavant's ability to pay you to do so.

By 12PM on February 19th, 2026, please provide:

- Datavant's settlement to this matter, or

- Datavant's confirmation to continue this matter **THROUGH Friday, March 27, 2026 AND BEYOND**.

Failure to respond by that time is a confirmation of the latter.

Regards,

Chad

On Wed, Feb 18, 2026 at 4:12 PM Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com> wrote:

> Mr. Griffith,
>
> We are in receipt of your Motion for Relief from Judgment (ECF No. 47). Does this motion replace your earlier filed "Omnibus Motion for Relief" that we discussed during last week's conference (ECF No. 44)? If so, please let the Court know you will be formally withdrawing the earlier Omnibus Motion. **I'd also request an extension until Friday, March 27, 2026 to respond to your new motion.** Please let me know if you consent by tomorrow.
>
> Thank you,

**James J. Zawodzinski, Jr.**
he/him/his
Senior Associate
Hodgson Russ LLP

Tel: 716.848.1595
Mobile: 716.868.7724
Fax: 716.819.4765

Hodgson R

LinkedIn | website | Bio | e-mail | vCard

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

New York City | 605 Third Avenue, Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map

Palm Beach | 440 Royal Palm Way, Suite 202 | Palm Beach, FL 33480
Tel: 561.656.8608 | map

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*