**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**
**MAGISTRATE JUDGE JUSTIN T. QUINN**
**COURT REPORTER: Digitally recorded – WebEx**

**DATE: February 9, 2026**

**TITLE OF CASE:**

**CIVIL 23-20513(GC)**

CHAD GRIFFITH
V.
CIOX HEALTH

**APPEARANCES:**

Chad Griffith, plaintiff pro se
James Zawodzinski, Esq., on behalf of defendants

**NATURE OF PROCEEDINGS:**
Telephone status conference held.

**TIME COMMENCED: 11:30am**
**TIME ADJOURNED: 12:00pm**
**TOTAL TIME: 30 minutes**

**s/Elizabeth Beres**
**Deputy Clerk**