HodgsonRuss LLP ATTORNEYS

**James J. Zawodzinski, Jr.**
Senior Associate
Direct Dial: 716.848.1595
*JZawodzi@hodgsonruss.com*

April 9, 2026

**Via CM/ECF Only**

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Dear Judge Quinn:

**Re: *Chad Griffith v. Ciox Health***
**Case No.: 3:23-cv-20513**

Ciox Health submits this letter request for an extension of time to complete fact discovery.[1] Mr. Griffith has filed duplicative motions seeking, among other things, a protective order to insulate himself from any discovery obligations in this case. *See* ECF Nos. 44, 57. The return date for Mr. Griffith's "Motion for a Protective Order and to Compel" (ECF No. 57) is May 18, 2026, almost a month after the current fact discovery deadline of April 15, 2026. Mr. Griffith's pending Motion must be resolved before fact discovery can be completed.

Ciox respectfully requests that the fact discovery deadline be extended 60 days after the Court issues a decision on Mr. Griffith's Motion (ECF No. 57). This extension will not impact any other scheduled deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

James J. Zawodzinski, Jr.

cc: Chad Griffith (*via CM/ECF Only*)

---

[1] Ciox Health has not sought the consent of Mr. Griffith for this request. Mr. Griffith has either refused or ignored Ciox's multiple requests to confer since he commenced this litigation. In Mr. Griffith's "Motion for a Protective Order and to Compel" , Mr. Griffith says he "cannot confer with the Defendant regarding any matter in this case." ECF No. 57 at 13. Based on Mr. Griffith's multiple representations, Ciox Health respectfully submits that any attempts to confer or get the consent of Mr. Griffith would be futile.