April 16, 2026

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE: Griffith v. ~~CIOX HEALTH~~ DATAVANT, INC.
Case No.: 3:23-cv-20513

Dear Judge Quinn:

I request the Court adjudicate upon information it has.

**UNRESOLVED DISCOVERY ABUSE.**

Judge Quinn asked me to file my issues with Defendant's discovery request; in consideration of Hodgson Russ's complaint (requesting relief in Motion form), I completed a Motion to address Judge Quinn's request/Order. I asked the Court to Compel Defendant's production of the dispute for its Fraud investigation. Almost everything I submitted to relay my discovery concerns and assist the Court in its fraud findings, Hodgson Russ request the Court Strike. Hodgson Russ since made requests/relief of Court in Letters, which the Court grant.

My central point(s) within the Omnibus Motion and subsequent discovery Letters/Motions are:

- Defendant's Motion to Dismiss is a product of fraud.
  - October 15th, 2024, Defendant's Motion to Dismiss offered convoluted, fraudulent characterizations to dismiss my Complaint, including a characterization that I did not dispute allegations of insufficient performance against me.
- Defendant's Answer provided the "dispute" existed in Defendant's possession since April 27th, 2021, the day it was emailed to HR.
  - Rule 11 was violated.
- By February 9th, 2021, Defendant claimed the "dispute":

    - Did not exist in its Motion to Dismiss;
    - Did exist in the its Answer;
    - Would not be confirmed to exist or not exist during discovery.
- By Defendant's discovery Letter, Hodgson Russ asserts the "abuse affidavit" was *just* my "statements" ("and evidence"), but it owns them.
    - It also existed by October 15th, 2024, indicating that Defendant violated Rule 12, claiming it did not.
    - I have asked the Court to Compel Defendant to produce the "abuse affidavit" so the Court may behold that it is the "dispute" to the Disciplinary Action it has always been.
- Relief/Sanctions in fraud findings are also included in the Omnibus Motion, so I asked the Court to withdraw relief to just what the Court deems fair and just.

Defendant's Opposition argued that Defendant did not commit fraud while evidence of this is already within the docket.

It is unclear if I satisfied Judge Quinn's request/Order with my discovery dispute Motion.

**CURRENTLY**

Defendant's account of my work history, from its public/legal perspective, require Defendant commit fraud in order to tell it.

Hodgson Russ does not need more time to explain why it knowingly certified false allegations in Defendant's Motion to Dismiss because it is unnecessary – Defendant paid them to do it.

Defendant informed the Court that its actions against me were par for the course for employees/people situated like me, regardless of my disabilities, and Hampton General District Court received the caricature Defendant purchased to construct of "me", because it was what it wanted the public to know of me, contrary to what it knew of me.

**REQUESTS OF COURT**

I Request:

1. By text Order, advise if my discovery Motion providing issues with Defendant discovery is acceptable; if not, please provide leave to reissue with clearer guidelines.
2. Court Order a Protective Order against Defendant, demanding Defendant's production of the "abuse affidavit" first, as it is the only document required to reconcile this matter's factual history.
3. Court report its findings of Fraud, with a Conference to discuss which actions the Court will be taking regarding the case, including Sanctions not limited to:
    a. Cost-shifting,
    b. Issue Preclusion/Striking, and
    c. Default Judgment.
4. Court Order for (Partial) Summary Judgment on Retaliation claims.
    a. Defendant has established that it provided resources to its personnel's Protective Order campaign against me, two days after receiving my Settlement Letter requesting settlement; Griffith's Relief in Complaint is based on what Defendant provided: my claims are true.
    b. By text Order, advise if a Motion for the same is required, or if the current lack of genuine dispute of material fact is enough to satisfy the request.

**CONCLUSION**

Defendant is not going to admit wrongdoing, nor will it settle this matter – it informed the Court of such.

Defendant may not recover from its public, legal position regarding my work history. Ever.

The Court is required to end this matter once and for all.

Respectfully Submitted,

Chad Griffith
chadgriffith87@gmail.com