# Exhibit 1

**Zawodzinski, Jr., James J.**

**From:** Chad G <chadgriffith87@gmail.com>
**Sent:** Wednesday, April 22, 2026 3:00 PM
**To:** Zawodzinski, Jr., James J.
**Cc:** Galvin, Jodyann; Alex Sterling
**Subject:** Re: Griffth v. Ciox Health - Civ. No - 3:23-cv-20513
**Attachments:** Gmail - Griffith v CIOX Health nka Datavant, INC. - Settlement.pdf

**External Email - Use Caution**

---

Good afternoon:

According to LinkedIn, since wrongfully terminating me and during the maturation of this case, Megan Shaw was able to leverage her experience with Defendant to obtain a VP position with a new company; I, again, am disabled by the collective actions of Datavant and its personnel, including her.

Datavant weaponized my earnest desire for peace, abandoning any moral or ethical code that could be expected of it, and used its personnel to pursue "Virginia cases" against me; Defendant personnel/agents have an apparently shared appreciation for "evil" and this fact is now established in this Action.

"Michele Speicher", involved in this matter since April 23rd, 2021, has been Datavant's custodian of record in this Action; it will be required for you to show why she was obviated/concealed in the "Factual Background" of Datavant's Motion to Dismiss. Easiest answer/reason: it made it easier to convolute my work history.

If Datavant wishes to contest this matter further, for discovery purposes, please provide (along with Datavant owned metadata):

- From April 20th, 2021 to April 27th, 2021:
  - Communication histories between "Megan Shaw" n/k/a "Megan Wilson", "Juliette Maddox", and "Michele Speicher".
  - The abuse affidavit, dispute to the Disciplinary Action meeting on April 23rd, 2021, delivered to Juliette Maddox on April 27th, 2021.
- From April 28th, 2021 to May 10th, 2021:
  - Communication histories between me, "Megan Shaw" n/k/a "Megan Wilson", "Juliette Maddox", and "Crystal Thudium".
- From May 10th, 2021 to present:
  - Communication histories between "Megan Shaw" n/k/a "Megan Wilson", "Michele Speicher", and "Christine Green".
  - Dates of separation for: "Juliette Maddox", "Crystal Thudium", "Kris Kentara".
- From August 15th, 2022:
  - Certified phone records from "Michele Speicher".

  - Certified phone records from "Tim Sharkey".

Please note: Defendant has established that it owns all documentation required to substantiate my claims.

Hodgson Russ is to confirm the enclosed attachment:

- was received by Hodgson Russ several months after I provided filings for "Virginia cases",
- was received by Hodgson Russ two months prior to its Motion to Dismiss, and
- included a Settlement Amount of REDACTED (SETTLEMENT) to leave all of this behind me.

In the event that Datavant does not wish to disclose any information and/or recognize the futility in pursuing this matter further:

- reinstate/facilitate my employment with senior-level (CEO/CFO/CHRO) salary/benefits by 12 PM, April 23rd, 2026,
- finalize a Settlement Agreement by May 6th, 2026 (a sample Settlement Agreement will be delivered upon my reinstatement),
- with first payments to begin by June 25th, 2026.

Failure to reinstate me by tomorrow is case progression: it establishes the conscious, continued engagement of the conspiracy instigated/initiated with "Virginia cases" on August 12th, 2022, facilitated by Hodgson Russ after it was privy to filings in the Virginia Court of Appeals. To this end, I will require Datavant's proof of receipt if discovery is the route it chooses to take.

Regards,
Chad

On Fri, Mar 27, 2026 at 10:27 AM Chad G <chadgriffith87@gmail.com> wrote:

> Good morning:
>
> You do not have my consent to continue your abusive practices against me.
>
> Please enjoy your weekend.
>
> Regards,
> Chad
>
> On Thu, Mar 26, 2026 at 10:26 AM Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com> wrote:
>
>> Mr. Griffith,
>>
>> Ciox Health is in receipt of your Motion filed as ECF No. 57 seeking discovery related relief. We need an adjournment of time through May 6 to respond to your motion. Please let us know if you consent by

tomorrow. If we do not receive your consent, we will let the Court know in our letter requesting the extension.

Regards,

**James J. Zawodzinski, Jr. (he/him/his)**
Senior Associate
Hodgson Russ LLP

Tel: 716.848.1595
Fax: 716.819.4765

Hodgson Russ LLP ATTORNEYS

Twitter | LinkedIn | website | e-mail

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000

1800 Bausch & Lomb Place | Rochester, NY 14604

Tel: 585.454.0700

605 Third Ave, Suite 2300 | New York, NY 10158
Tel: 212.751.4300

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

Gmail

**Chad G <chadgriffith87@gmail.com>**

---

## Griffith v CIOX Health nka Datavant, INC. - Settlement

---

**Chad G** <chadgriffith87@gmail.com> Tue, Aug 13, 2024 at 8:46 AM
To: rmcgonig@hodgsonruss.com, "Teske, Erin N." <ETeske@hodgsonruss.com>
Bcc: Alex Sterling <alexsterling1015@gmail.com>, Lee <carlisle73@yahoo.com>

Good afternoon:

Are you clients interested in settling this matter?

If yes:

- REDACTED (SETTLEMENT); this figure has precedence since it was introduced in July 2022 and Datavant agents' retaliation engaged in the actions that would validate it.
- Counsel is allowed to present one (1) counter offer.
- This also includes a NDA.

If no:

- Please answer the service forms enclosed in this email; since Ms. Teske's attempt at extension, the lawsuit was already in your possession. As a courtesy, I only request that you admit to having access to this lawsuit since the date it was accepted by the court.
- Please consider this email a Notice of Motion for Discovery and to disclose any issue with this Motion being presented to the Court for consideration.
- Please consider this email a Notice of Motion for Jury Trial and to disclose any issue with this Motion being presented to the Court for consideration.

At this late stage, I do not believe I am asking for a lot; it would have cost CIOX/Datavant specifically REDACTED (SETTLEMENT) [redacted] in order to settle my Wrongful Termination. Instead, in response to evidence they knew validated my version of events, Datavant agents conspired to retaliate against me, committing significant criminal acts to perform the task. This office, in receipt and with knowledge of these acts, is continuing to facilitate conspiracy that I can prove.

I have come to learn that I do not need to share this matter with the world - I only need the resources to change mine. In the event that I am forced to continue this matter, I am letting a jury conclude that Datavant and its agents did specifically what they intended to do.

Regards,
Chad

---

**4 attachments**

**Notice of Service, signed.pdf**
107K

**Reply to Notice of Service.pdf**
53K

**Reply to Notice of Service.pdf**
53K

**Notice of Service, signed.pdf**
107K