May 12th, 2026

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE: Griffith v. ~~CIOX HEALTH~~ DATAVANT, INC.
Case No.: 3:23-cv-20513

Dear Judge Quinn:

I have prepared a response to Defendant's Opposition, but I do not know whether a Letter or Motion is acceptable to file, as Defendant has drawn issue with my use of either.

I have not and will not contribute to the delay of the resolution of discovery/this Action/the matter.

Please advise my response format and return date to Defendant's Opposition.

Respectfully Submitted,

Chad Griffith
chadgriffith87@gmail.com