**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAD GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>CIOX HEALTH,<br><br>Defendant. | Civil Action No.: 3:23-cv-20513-GC-DEA |

**DECLARATION OF JAMES J. ZAWODZINSKI IN OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE PARTY DEFENDANT**

James J. Zawodzinski, Jr., under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. I am an attorney with Hodgson Russ LLP, and I am counsel for Defendant Ciox Health in this matter. I make this declaration in limited opposition to the Motion to Substitute Party Defendant filed by Plaintiff Chad Griffith (the "Motion"). ECF No. 65.

2. Mr. Griffith's Motion seeks to substitute Ciox Health with "Datavant, Inc., as successor-in-interest to CIOX Health, LLC, Defendant." ECF No. 65, WHEREFORE clause.

3. Ciox Health does not oppose Mr. Griffith's request to substitute the proper corporate defendant in place of Ciox Health. However, "Datavant, Inc., as successor-in-interest to CIOX Health, LLC" is not the proper corporate defendant.

4. At the time Mr. Griffith filed his action, the proper corporate defendant was "Ciox Health, LLC d/b/a Datavant Group." ECF No. 14 (Corporate Disclosure Statement).

5. Ciox Health made Mr. Griffith aware of the improper naming in each of its filings to date in this action.

6. Since filing, however, Ciox Health's corporate status changed, and the proper corporate defendant in this litigation is "Datavant, LLC."

7. Ciox Health, which will referred to hereinafter as Datavant, LLC, will file an amended Corporate Disclosure Statement memorializing this corporate modification simultaneously with this opposition.

8. Ciox Health respectfully requests that the Court grant that part of Mr. Griffith's Motion seeking to substitute in the proper corporate defendant but modify his request for relief to reflect the proper corporate defendant as "Datavant, LLC."

Dated: May 18, 2026

s/James J. Zawodzinski, Jr.
James J. Zawodzinski, Jr.