May 21st , 2026

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE: Griffith v. ~~CIOX HEALTH~~ DATAVANT GROUP, INC.
Case No.: 3:23-cv-20513

Dear Judge Quinn:

I, Griffith, respectfully submits this letter request for leave to file a focused Motion for Order to Show Cause related to my pending discovery Motion, ECF #57, filed as a Motion both responding to Judge Quinn's order to file discover issues and in consideration of Defendant's complaint that relief should be in Motion form.

Griffith makes this request because Defendant has opposed ECF #57, in part, by arguing that Griffith's discovery motion is procedurally defective because Griffith did not first obtain leave of Court. Defendant also argues that ECF #57 is duplicative of Griffith's Omnibus Motion. Griffith submits this letter to cure or clarify procedure, narrow the issue, and avoid unnecessary motion practice.

Griffith does not seek to multiply proceedings – Griffith requests leave so the Court may determine whether the April 27, 2021 "abuse affidavit"/ "dispute" issue should proceed through:

- Adjudication of ECF #57;
- Additional briefing related to ECF #57; or
- A focused Motion for Order to Show Cause.

The proposed Order to Show Cause Motion would be limited to the following narrow issue: Defendant's certification, production, or explanation of the April 27, 2021 "abuse affidavit" / "dispute" submitted to Human Resources.

Griffith contends this issue is central to discovery and proportionality – Defendant's Answer admits that Griffith submitted materials to Human Resources and referred to those materials for their contents. Defendant also admits that Griffith was terminated "at will" on May 10th, 2021, not "for cause". Griffith contends those materials are the April 27, 2021 "abuse affidavit" / "dispute" which disputed the Disciplinary Action, reported abuse, provided evidence, and supported Griffith's request for reasonable accommodations.

Therefore, Griffith respectfully requests leave to file a focused Motion for Order to Show Cause requiring Defendant to:

1. Produce the April 27th, 2021 "abuse affidavit" / "dispute", including any related emails, attachments, metadata, HR records, investigation records, forwarding records, custodial records, or preservation records;
2. File a sworn certification identifying whether Defendant possesses, possessed, reviewed, searched for, deleted, altered, withheld, or produced the April 27, 2021 submission;
3. Identify the custodians(s), record system(s), HR file(s), email account(s), or database(s) searched;
4. State when Defendant and its counsel first reviewed the document, ;
5. State whether the document was reviewed before Defendant filed its Motion to Dismiss and before Defendant served its Answer;
6. Explain any nonproduction, privilege claim, retention issue, deletion issue, or other basis for withholding or failing to produce the document; and
7. Show Cause why Sanctions should not issue if the Court finds willful concealment, evasive discovery conduct, bad faith, misrepresentation, or fraud upon the Court.

Procedurally, Griffith's Letter Response to Defendant's Opposition clarifies Griffith's stance. Griffith requests that the Court preserve default judgement, striking, issue preclusion, adverse inference, cost-shifting, or other sanctions as potential remedies if, after notice and an opportunity to be heard, the Court find that Defendant's conduct warrants such relief.

Alternatively, if the Court determines that a separate motion is unnecessary, Griffith respectfully requests that the Court treat this letter as a request for supplemental relief related to ECF #57 and permit Griffith to submit a short supplemental filing limited to Defendant's certification and production of the April 27, 2021 "abuse affidavit" / "dispute".

For these reasons, Griffith respectfully requests that the Court enter one of the following forms of relief:

1. Grant Griffith leave to file a focused Motion for Order to Show Cause;
2. Permit Griffith to supplement ECF #57 with the requested Order to Show Cause relief; or
3. Clarify that the Court will Consider Defendant's certification and production of the April 27, 2021 "abuse affidavit" / "dispute" within its adjudication of ECF #57.

Respectfully Submitted,

Chad Griffith
chadgriffith87@gmail.com