HodgsonRuss LLP ATTORNEYS

**James J. Zawodzinski, Jr.**
Senior Associate
Direct Dial: 716.848.1595
*JZawodzi@hodgsonruss.com*

October 9, 2026

**Via CM/ECF Only**

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Dear Judge Quinn:

**Re: *Chad Griffith v. Ciox Health***
**Case No.: 3:23-cv-20513**

Defendant Datavant, LLC submits this letter pursuant to the Court's Order directing the parties to submit a joint proposed form of Order effectuating the substitution of the proper Defendant entity. ECF No. 81. On Wednesday, October 7, 2026, Datavant enclosed via email to Mr. Griffith a draft Stipulation and Proposed Order for his review and consent. Datavant followed on its request the next day. To date, Mr. Griffith has not responded.

Given the deadline set forth by this Court and the lack of response from Mr. Griffith, Datavant submits a Proposed Order in lieu of a Stipulation and Proposed Order, along with a Certification identifying the proper Defendant entity.

We thank the Court for its consideration of this request.

Respectfully submitted,

James J. Zawodzinski, Jr.

cc: Chad Griffith (*via CM/ECF only*)