**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAD GRIFFITH,<br>Plaintiff,<br>v.<br>CIOX HEALTH,<br>Defendant. | Civil Action No.: 23-20513 (GC)(JTQ) |

**(PROPOSED) ORDER ON SUBSTITUTION**

**WHEREAS**, Plaintiff Chad Griffith originally named Ciox Health ("Ciox") as the Defendant in this action;

**WHEREAS,** Plaintiff moved under Federal Rule of Civil Procedure 25(c) to substitute the Defendant based on Ciox's transfer of interests to a Datavant entity (ECF No. 65),

**WHEREAS**, Defendant did not oppose Plaintiff's Rule 25(c) Motion;

**WHEREAS**, by Order dated October 1, 2026 (ECF No. 81), the Court granted Plaintiff's motion to substitute a Datavant entity for Ciox Health;

**WHEREAS**, the Court's Order directed Defendant to submit a certification identifying the proper Defendant entity to be substituted, and directed the parties to submit a joint proposed form of Order effectuating the substitution;

**WHEREAS**, Plaintiff has not responded to Defendant's attempts to submit a joint proposed form of Order effecting the substitution;

**WHEREAS**, Defendant now submits this proposed Order on Substitution for the Court's consideration and Defendant certifies, concurrently herewith, that the proper Defendant entity to be substituted in place of Ciox Health is Datavant, LLC;

**NOW, IT IS** on this ____ day of October 2026,

**ORDERED** that Datavant, LLC is substituted in place of Ciox Health as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(c); and it is further

**ORDERED** that the caption of this action is amended to reflect Datavant, LLC as the Defendant;

and it is further

**ORDERED** that all prior proceedings, filing, and orders in this action shall continue to apply to Datavant, LLC as the substituted Defendant.

______________________________
HON. JUSTIN T. QUINN
United States Magistrate Judge