**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAD GRIFFITH,<br>Plaintiff,<br>v.<br>CIOX HEALTH,<br>Defendant. | Civil Action No.: 23-20513 (GC)(JTQ) |

**CERTIFICATION OF JAMES J. ZAWODZINSKI, JR.**
**IDENTIFYING THE PROPER DEFENDANT ENTITY**

James J. Zawodzinski, Jr., under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. I am an attorney with Hodgson Russ LLP, and I am counsel for Defendant Datavant, LLC (improperly named in the Complaint as "Ciox Health") in this matter.

2. I submit this certification pursuant to the Court's Order dated October 1, 2026 (ECF No. 81), which granted Plaintiff's motion to substitute a Datavant entity for Ciox Health, and directed Defendant to submit a certification identifying the proper Defendant entity to be substituted.

3. The proper Defendant entity to be substituted in place of Ciox Health in this action is Datavant, LLC.

4. Contemporaneous with this certification, and pursuant to the Court's October 1, 2026 Order and subsequent attempts to contact Plaintiff, Defendant has filed a Proposed Order substituting Datavant, LLC as the Defendant in this action.

5. Upon substitution, Defendant will file an amended Rule 7.1 Corporate Disclosure Statement to reflect Datavant, LLC's substitution.

Dated: October 9, 2026

*/s/ James J. Zawodzinski, Jr.*
James J. Zawodzinski, Jr.