**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAD GRIFFITH,<br>Plaintiff,<br>v.<br>CIOX HEALTH,<br>Defendant. | Civil Action No.: 23-20513 (GC)(JTQ) |

# AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Datavant, LLC f/k/a Ciox Health, LLC, improperly named herein as Ciox Health, makes the following disclosure: Datavant, LLC is a non-governmental, Georgia limited liability company. Smart Holdings Corp., a Delaware corporation, is Datavant, LLC's sole member.

Dated: October 21, 2026

**HODGSON RUSS LLP**
*Attorneys for Defendant*

By: s/James J. Zawodzinski, Jr.
James J. Zawodzinski, Jr.

The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000