October 21, 2026

Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: Griffith v. CIOX HEALTH
Case No.: 3:23-cv-20513(GC)(JTQ)

PLAINTIFF'S LETTER APPLICATION FOR A LIMITED STAY OR EXTENSION OF THE DISCOVERY-RESPONSE DEADLINE

Dear Judge Quinn:

I write to supplement my Letter Application for a Limited Stay or Extension of the Discovery-Response Deadline, filed earlier today.

At the time of filing, I reported that Defendant's position had not yet been obtained and stated that I would promptly advise the Court when Defendant responded. Defendant has now informed me that it does not consent to an extension of the October 22, 2026 deadline.

I respectfully submit this letter solely to update the record and provide the Court with Defendant's position. I continue to rely on the reasons and requested relief stated in my earlier letter and do not repeat them here.

Dated: October 21, 2026

Respectfully Submitted,

Chad Griffith
Plaintiff, Pro Se
chadgriffith87@gmail.com