**James J. Zawodzinski, Jr.**
Senior Associate
Direct Dial: 716.848.1595
*jzawodzi@hodgsonruss.com*

HodgsonRuss LLP ATTORNEYS

October 29, 2026

**<u>Via CM/ECF Only</u>**

Honorable Georgette Castner
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Dear Judge Castner:

**Re: *Chad Griffith v. Datavant, LLC***
**<u>Case No.: 3:23-cv-20513</u>**

Defendant Datavant, LLC submits this letter request for an extension of time through November 23, 2026 to respond to the following letter requests and motion filed by Plaintiff Chad Griffith: (1) Letter Application for a Limited Stay or, Alternatively, Extension (ECF No. 84); (2) Motion for Extension of Time and Rule 72 Appeal (ECF No. 85); and (3) Letter Application for a limited stay or extension of the discovery response deadline (ECF No. 87).

Mr. Griffith filed his letter applications and motion on October 21, 2026. The Court automatically set a return date for November 16, 2026. Datavant's deadline to respond to Mr. Griffith's filings is November 2, 2026. *See* L. CIV. R. 78.1(a). Datavant requests a brief extension as a professional courtesy given competing deadlines in other matters. This is Datavant's first request for an extension with respect to these filings. We requested Mr. Griffith's consent for this extension request, but we have not heard from him.

We thank the Court for its consideration of this request.

Respectfully submitted,

James J. Zawodzinski, Jr.

Copy to: Chad Griffith
(*By CM/ECF Only*)