**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAD GRIFFITH,<br>Plaintiff,<br>v.<br>CIOX HEALTH,<br>Defendant. | **Civil Action No. 23-20513 (GC)(JTQ)**<br><br>**DECLARATION OF CHAD GRIFFITH IN SUPPORT OF APPLICATION AND REPLY** |

I, Chad Griffith, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action and represent myself. This declaration is based on my personal knowledge and my review of filings in this case.
2. I began researching possible procedures for raising the facts and issues I believed had been improperly characterized after the April 2025 partial-dismissal ruling. My limitations made it difficulty was identifying the proper procedure, not recalling the events of 2021 and 2022.
3. I filed ECF No. 44 on February 5, 2026 to address those concerns. I now understand it was not a motion for leave to amend with a proposed amended complaint.
4. After the Court issued ECF No. 50 on February 23, 2026, I understood that Rule 60(b) did not apply to the nonfinal order and that discovery requests belonged in a separate application.
5. Between the Court informing me to file my objections and Defendant's assertion to file a motion for relief, I filed ECF No. 57 on March 19, 2026.
6. Griffith learned how to correct his mistakes and restore judicial economy.

7. I ultimately withdrew ECF No. 44 and sought amendment-related permission through ECF No. 74 on June 23.
8. I submitted ECF No. 85 and its supporting declaration on October 21, 2026. That declaration addresses my misunderstanding of the Rule 72 objection deadline and the functional limitations relevant to my ability to organize and submit filings. I have not intended to evade the Court's rules.
9. I served signed interrogatory answers and written responses to twenty-five requests for production on October 22, 2026. I acknowledge that no responsive documents accompanied that written service.
10. On November 9, 2026, I transmitted to Defendant's counsel, James J. Zawodzinski, Jr., supplemental production responses addressing the twenty-five numbered requests together with nineteen numbered PDF documents, 001–019.
11. I devoted time leading up to November 9 to finishing that service because I understood Defendant's sanctions request to center on the absence of documents. I should have requested an extension of the reply deadline before it expired, and I accept responsibility for not doing so.
12. I am not representing that my supplemental service resolves every outstanding discovery question. I am prepared to provide a request-by-request accounting, maintain only specific objections, and continue the supplementation required by the Federal Rules.
13. I request permission to place these facts before the Court so that it may consider a lesser and specific remedy instead of dismissal or broad evidentiary preclusion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026.

Chad Griffith