HodgsonRuss LLP
ATTORNEYS

**James J. Zawodzinski, Jr.**
Senior Associate
Direct Dial: 716.848.1595
*JZawodzi@hodgsonruss.com*

November 23, 2026

**<u>Via CM/ECF Only</u>**

Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Dear Judge Quinn:

**Re: *Chad Griffith v. Datavant, LLC***
**<u>Case No. 3:23-cv-20513</u>**

We represent Defendant Datavant, LLC. Datavant opposes Mr. Griffith's application for interim scheduling relief and for leave to file a case-management motion (the "Scheduling Motion"). ECF No. 92. Datavant does not oppose Mr. Griffith's request for appointment of pro bono counsel. ECF No. 93. Counsel's participation may assist Mr. Griffith with procedural compliance and help focus the litigation on the remaining claims.

Mr. Griffith's Scheduling Motion substantially repeats Mr. Griffith's earlier requests to defer discovery compliance (ECF Nos. 84 and 87), which Datavant opposed on November 2, 2026. ECF Nos. 89-90. Datavant's November 2 opposition details Mr. Griffith's repeated discovery defaults and requests for additional time, which have delayed this action and increased defense costs, notwithstanding the Court's prior directive and warning of possible dismissal. ECF No. 81. Mr. Griffith's reported November 9 production does not warrant another blanket extension, which Mr. Griffith himself acknowledges, and his renewed discussion of disputed employment events based on his alleged complaints to Datavant HR supplies no basis to suspend discovery or require a settlement conference.

We thank the Court for its consideration.

Respectfully submitted,

James J. Zawodzinski, Jr.

cc: Chad Griffith (*via CM/ECF Only*)